UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



DIANE GORZYNSKI,

    Plaintiff,

-against-

JETBLUE AIRWAYS CORPORATION,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 03-CV-0774

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, as follows:

1. The above-named parties are all of the parties who have appeared in this action.

2. None of the above-named parties are an infant, an incompetent person for whom a committee has been appointed, or a conservatee.

3. There being no person not a party who has an interest in the subject matter of this action, the parties hereby stipulate and agree that this action shall be dismissed pursuant to Federal Rule of Civil Procedure 41(a), with prejudice and on the merits, each party to bear their own attorney's fees and costs incurred prior to the date of this stipulation.

Date: May 28, 2014

/s/ Josephine A. Greco
Josephine A. Greco, Esq.
GRECO TRAPP, PLLC
1700 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716-856-5800

*Attorneys for Plaintiff*

/s/ Margaret A. Clemens
Margaret A. Clemens
Jill M. Lowell
LITTLER MENDELSON, P.C.
400 Linden Oaks, Suite 110
Rochester, NY 14625
585-203-3400

*Attorneys for Defendant*

SO ORDERED this 30th day of May, 2014:

_____
Hon. Elizabeth A. Wolford
United States District Judge